ORIGINAL

RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH2
Honolulu, Hawai'i 96813
Telephone: 521-9840

ATTORNEY FOR DEFENDANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at 3 o'clock and 28 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00391HG-02 |
| ) | |
| Plaintiff, ) | DEFENDANT GISELA ROCHIN-GAXIOLA'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. ) | |
| GISELA ROCHIN-GAXIOLA, ) | |
| Defendant. ) | |

**DEFENDANT GISELA ROCHIN-GAXIOLA'S SENTENCING STATEMENT**

Defendant GISELA ROCHIN-GAXIOLA, by and through her CJA Panel Attorney, Randy Oyama, Esq., and hereby submits her Sentencing Statement pursuant to the Order of this Court regarding Sentencing Guidelines, the Notice of Attorneys dated November 4, 1999, and Rule 32 of the Federal Rules of Criminal Procedure.

I.    FACTUAL INFORMATION.

Defendant Gisela Rochin-Gaxiola and her undersigned counsel have adequately reviewed the factual information contained in the Presentence Investigation Report prepared on December 5, 2005, and have no objections.

II.     SENTENCING CLASSIFICATION/GUIDELINE/RESTITUTION RANGES

Defendant Gisela Rochin-Gaxiola, does not object to the sentencing classification/guideline ranges set forth in the aforementioned Proposed Presentence Report and reserves the right to request a downward departure.

DATED: Honolulu, Hawai'i, January 3, 2006.

_____
RANDY OYAMA
Attorney for Defendant
GISELA ROCHIN-GAXIOLA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Gisela Rochin-Gaxiola's Sentencing Statement will be served upon the following party(ies) upon the filing hereof by:

[X] Hand-Delivery, or [ ] U.S. mail:

MARK A. INCIONG, ESQ.
ASSISTANT U.S. ATTORNEY
RM. 6-100, Box 50183
Honolulu, Hawaii 96850

Rosanne T. Donohoe
United States Probation Officer
300 Ala Moana Blvd., Room C-110
P. O. Box 50111
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii, January 3, 2006.

_____
RANDY OYAMA
Attorney for Defendant
GISELA ROCHIN-GAXIOLA