# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00391HG |
| CASE NAME: | U.S.A. vs. (02) GISELA JUDITH ROCHIN-GAXIOLA |
| ATTYS FOR PLA: | Mark a. Inciong |
| ATTYS FOR DEFT: | Randall M. Oyama |
| INTERPRETER: | Luv Vega |
| U.S.P.O.: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 23, 2006 | TIME: | 2:15 - 2:40 |

COURT ACTION:  SENTENCING TO THE FELONY INFORMATION AS TO (02) GISELA JUDITH ROCHIN-GAXIOLA - GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE -

    Ms. Luv Vega was sworn as an interpreter in the Spanish language prior to commencement of the hearing.

    The defendant is present in custody.
    The Memorandum of Plea Agreement is accepted.
    The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).

    The Court allowed the defense to file objections to the presentence report by March 2, 2006, and the government to respond by March 10, 2006.

    The Sentencing to the Information/Government's Motion for Downward Departure is continued to March 23, 2006 @ 3:45 p.m.

    Submitted by: David H. Hisashima, Courtroom Manager