EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00391-02 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES OF AMERICA'S |
| | ) | MEMORANDUM IN OPPOSITION |
| vs. | ) | TO DEFENDANT'S MOTION FOR |
| | ) | ADJUSTMENT TO GUIDELINE RANGE |
| GISELA J. ROCHIN-GAXIOLA, | ) | AND DOWNWARD DEPARTURE |
| | ) | |
| | ) | |
| Defendant. | ) | Date: March 23, 2006 |
| | ) | Time: 3:30 p.m. |
| | ) | Judge: Hon. Helen Gillmor |

**UNITED STATES OF AMERICA'S MEMORANDUM IN
<u>OPPOSITION TO DEFENDANT'S SENTENCING MOTIONS</u>**

COMES NOW the United States of America, by and through Edward H. Kubo, Jr., United States Attorney, and Mark A. Inciong, Assistant United States Attorney, and hereby files its response to Defendant's above-referenced motion.  Said response is based upon the facts of this case the attached statement of facts and memorandum of points and authorities.

# I.
## **POINTS & AUTHORITIES**

A.   <u>MINOR ROLE IN THE OFFENSE</u>.

The United States does not object to a two-level downward adjustment for the Defendant's minor role in the charged offense. All the facts and evidence indicate that the Defendant's role was limited to transporting controlled substances to Hawaii and returning to Mexico with cash proceeds derived from the conspiracy's drug distribution in Hawaii.  Additionally, the co-defendant in this case, Daniela Lopez-Meza, was awarded a two-level downward departure for her minor role in the conspiracy. From the Government's point of view, their roles were identical and, thus, a similar departure for the defendant is in the interests of justice.

B.   <u>DEFENDANT'S CLAIM OF DURESS</u>

The United States objects to any downward departure for duress in this matter.  The facts of this case are clear that the defendant did not raise the issue of duress until months after her arrest.  She did not mention whatsoever that she had been threatened, was in fear for her or her family's life of any other indication of duress to agents at the time of her arrest which is the logical time that one truly acting under pressures would make them known.  As such, this cannot rise to the level to warrant a downward departure.

## III.

## CONCLUSION

The United States has no objection to a downward departure for defendant's minor role, but opposes any such departure for any claim of duress.

DATED: March 10, 2006, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                      United States Attorney


                                    By /s/ Mark A. Inciong
                                        MARK A. INCIONG
                                        Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

Served electronically through CM/ECF:

Randall M. Oyama                   March 10, 2006
randyoyama@gmail.com

Attorney for GISELA J. ROCHIN-GAXIOLA

DATED: March 10, 2006, at Honolulu, Hawaii.

                                    /s/ Janice Tsumoto