# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00391HG |
| CASE NAME: | U.S.A. vs. (02) GISELA JUDITH ROCHIN-GAXIOLA |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Randall M. Oyama |
| U.S.P.O.: | Rosanne T. Donohoe |
| INTERPRETER: | Luv Vega |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 23, 2006 | TIME: | 3:35 - 4:00 |

COURT ACTION:  SENTENCING TO THE FELONY INFORMATION AS TO (02) GISELA JUDITH ROCHIN-GAXIOLA - GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE - DEFENDANT'S MOTION FOR ADJUSTMENT TO GUIDELINE RANGE AND DOWNWARD DEPARTURE -

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.
The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).
The Government's Motion for Downward Departure is GRANTED.
The Defendant's Motion Downward Departure is WITHDRAWN.

ADJUDGED: Impr of 51 mos.

SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
RECOMMENDATIONS: Dublin, CA. That the defendant participate in drug treatment, educational and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager